JOSEPH BUCALOS, Respondent, v. BERNHARD SCHUBERT, Appellant.— Judgment and order reversed and new trial granted, costs to abide the

event, on the ground that the finding by the jury that the operator of the car was engaged in the business of the master at the time of the casualty is contrary to the evidence. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.